**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 11-80806-CIV-MIDDLEBROOKS/JOHNSON

GREGORY ROBERSON,

Plaintiff,

vs.

PENTAGROUP FINANCIAL, LLC,

Defendants.
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice, with the Court to reserve jurisdiction for twenty (20) days to enforce the terms of parties settlement agreement.

Dated:  August 31, 2011                                    Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn, Esq.
E-mail:  AGlenn@cardandglenn.com
Florida Bar No.:  577261
J. Dennis Card, Jr., Esq.
E-mail:  Dennis@cardandglenn.com
Florida Bar No.  0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone:  (954) 921-9994
Facsimile:  (954) 921-9553
Attorneys for Plaintiff