UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-80806-CV-MIDDLEBROOKS/JOHNSON

GERGORY ROBERSON,

    Plaintiff,

v.

PENTAGROUP FINANCIAL, LLC,

    Defendant.
_____/

## ORDER DISMISSING CASE

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (DE 9) ("Notice"), filed on August 31, 2011. I have reviewed the Plaintiff's Notice and am otherwise fully advised in the premises. Plaintiff filed this Notice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(a). Plaintiff filed his Notice before Defendant served an Answer or filed a Motion for Summary Judgment.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiff's Notice of Voluntary Dismissal With Prejudice (DE 9) is **GRANTED**.

It is hereby **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED WITH PREJUDICE** against Defendant;

2. This Court shall reserve jurisdiction for **twenty (20) days** to enforce the terms of the Parties' Settlement Agreement; and

3. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this __23__ day of September, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record